IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
AUG 3 1 2004
UNITED STATES DISTRICT COURT

| | |
|---|---|
| HARRY JEFFRIES, | ) |
| Plaintiff, | ) |
| vs. | ) No. 03 C 9294 |
| CITY OF CHICAGO, ET. AL., | ) Judge GRADY |
| | ) Magistrate Judge Soat-Brown |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Michael Deutsch
People's Law Office
Attorney for plaintiff,
Harry Jeffries
1180 N. Milwaukee Ave.
Chicago, IL 60622
(773) 235 0070
Attorney No. ATO 1644
Date: 8/27/04

Marcelle M. LeCompte
Assistant Corporation Counsel
Attorney for defendants
Kevin Killen and John O'Connor
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 0625428
Date: 8/27/04

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

SEP 0 8 2004

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: 

Arnold Park
Assistant Corporation Counsel
30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 06237837
Date: 8/30/04

14